IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WAYNE MARSHALL,
ADC #134079                                                                                      PLAINTIFF

V.                            CASE NO. 4:16-CV-00820-BD

KAREN GRANT, et al.                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED, WITH PREJUDICE.

Judgment is entered for all Defendants.

IT IS SO ORDERED, this 18th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE